**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-00269-CMA

CHRISTINE VAZQUEZ,

    Plaintiff,

       v.

DELANOR KEMPER & ASSOCIATES,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

NOW COMES the Plaintiff, CHRISTINE VAZQUEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

             Respectfully Submitted,

DATED:  May 14, 2010     KROHN & MOSS, LTD.

            By: /s/ Nicholas J. Bontrager
              Nicholas J. Bontrager, Esq.
              Krohn & Moss, Ltd.
              10474Santa Monica Blvd., Suite 401
              Los Angeles, CA 90025
              Ph: (323) 988-2400; Fx: (866) 802-0021
              nbontrager@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 14, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on May 14, 2010, I served all counsel of record with a copy of this document by way of the CM/ECF system.

            By: /s/ Nicholas J. Bontrager
              Nicholas J. Bontrager, Esq.