IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00269-CMA-CBS

CHRISTINE VASQUEZ,

    Plaintiff,

v.

DELANOR KEMPER & ASSOCIATES,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the parties' Joint Stipulation For Dismissal (Doc. # 17), it is hereby

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay her or its own fees and costs.

DATED: July __22__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge